Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 11, 2021

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN SCOTT,<br><br>Defendant. | CASE NO. **CR21-134 JLR**<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT 1

### (Murder for Hire)

Beginning on or about June 10, 2021, and continuing until on or about July 20, 2021, at Seatac, in the Western District of Washington, the defendant, MICHAEL JOHN SCOTT, used the mail, and caused another to use the mail, with intent that the murder of Witness 1 be committed in violation of the laws of the State of Washington, RCW 9A.32.030, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: $10,000 in U.S. currency.

All in violation of Title 18, United States Code, Sections 1958 and 2.

//

INDICTMENT
*United States v. Michael John Scott* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Tampering with a Witness, Victim, or Informant)

Beginning on or about June 10, 2021, and continuing until on or about July 20, 2021, at Seatac, in the Western District of Washington, the defendant, MICHAEL JOHN SCOTT, did attempt, and did aid and abet the attempt, to kill Witness 1 with the intent to prevent the testimony of Witness 1 in an official proceeding, that is, the trial in the case of *United States v. Michael John Scott*, CR20-018 RJB.

All in violation of Title 18, United States Code, Sections 1512(a)(1)(A) and 2.

## COUNT 3

### (Obstructing Justice by Retaliating Against a Witness, Victim, or Informant)

Beginning on or about June 10, 2021, and continuing until on or about July 20, 2021, at Seatac, in the Western District of Washington, the defendant, MICHAEL JOHN SCOTT, did attempt, and did aid and abet the attempt, to kill Witness 1 with the intent to retaliate against Witness 1 for providing to a law enforcement officer information relating to the commission of a Federal offense and violation of conditions of release pending judicial proceedings.

All in violation of Title 18, United States Code, Sections 1513(a)(1)(B) and 2.

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1–3 of this Indictment, the defendant MICHAEL JOHN SCOTT shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c), any property that constitutes or is traceable to proceeds of the offense.

**Substitute Assets.** If any of the property described above, as a result of any act or omission of the defendant:

INDICTMENT
*United States v. Michael John Scott* - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  a. cannot be located upon the exercise of due diligence;
2  b. has been transferred or sold to, or deposited with, a third party;
3  c. has been placed beyond the jurisdiction of the court;
4  d. has been substantially diminished in value; or,
5  e. has been commingled with other property which cannot be divided without
6     difficulty,
7  //
8  //
9  //
10 //
11
12 //
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT
*United States v. Michael John Scott* - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

A TRUE BILL:

DATED: 11 Aug 2021

*(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
KARYN S. JOHNSON
Assistant United States Attorney

_____
KRISTINE L. FOERSTER
Assistant United States Attorney

INDICTMENT
*United States v. Michael John Scott* - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970