# DEFENDANT STATUS SHEET

(One for each defendant)

## I.   CASE STATUS

Name of Defendant: Michael John Scott

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                              CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on August 19, 2021 at 9 am

   Defense Attorney's Name and address: Ken Therrien

The estimated trial time is   4   days.

(Revised March 2018)