Honorable James L. Robart
Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERNANDEZ et al,<br><br>Defendant. | CASE NO. CR18-5579RJB<br><br>**NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT,<br><br>Defendant. | NO. CR20-00018RJB<br><br>**NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT,<br><br>Defendant. | NO. CR21-134JLR<br><br>**NOTICE OF RELATED CASES** |

Comes now the United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Kristine L. Foerster and Karyn S. Johnson, Assistant United States Attorneys for said District, and respectfully submits the following Notice of Related Cases.

NOTICE OF RELATED CASES
*United States v. Hernandez et al,* CR18-5579RJB
*United States v. Michael Scott*, CR20-00018RJB
*United States v. Michael Scott, CR21*-134JLR    – 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

The three cases captioned above are related cases.

On February 13, 2020, the Grand Jury charged the defendant in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 846 (Count 1), 841 (b)(1)(C) (Count 2) and 841 (b)(1)(B) (Count 3).  On January 27, 2021, the Grand Jury charged the defendant in violation of Title 18 United States Code Sections 924(c)(1)(A) and 3147(1) (Count 5), 1956(h) and 3147(1) (Count 6), and 1956(a)(2)(A) and 2 and 3147(1) (Count 7), Conspiracy to Distribute Controlled Substances, Possession of Controlled Substances with Intent to Distribute, Felon in Possession of a Firearm, Felon in Possession of a Firearm in Furtherance of Drug Trafficking, Conspiracy to Commit Money Laundering, and Money Laundering. The case is charged as *United States v. Michael Scott, CR20-00018RJB*.

The above-captioned cause is directly related to the case of *United States v. Hernandez et al.* In that case, Michael Scott was sentenced to 78 months on January 24, 2020, CR18-5579RJB.  Because United States District Judge Bryan is already familiar with Defendant's conduct in the other cases and because the conduct giving rise to the charge in case CR21-134JLR is related to the pending matter, CR20-00018RJB, the United States believes the cases are "related cases" such that a consolidation of the two pending cases would be in the interests of judicial efficiency.

DATED this 12th day of August, 2021.

Respectfully submitted,

TESSA M. GORMAN
ACTING UNITED STATES ATTORNEY

*s/ KRISTINE L. FOERSTER*
KRISTINE L. FOERSTER
KARYN S. JOHNSON
Assistant United States Attorneys

NOTICE OF RELATED CASES
*United States v. Hernandez et al,* CR18-5579RJB
*United States v. Michael Scott*, CR20-00018RJB
*United States v. Michael Scott, CR21*-134JLR   – 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800