AO (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL JOHN SCOTT<br><br>*Defendant* | Case No. CR21-134 JLR |

```
_____ FILED  _____ LODGED
          _____ RECEIVED

        AUG 27 2021

     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY
```

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay MICHAEL JOHN SCOTT, who is accused of an offense or violation based on the following document filed with the court:

**X Indictment**    _ Superseding Indictment    _ Information    _ Superseding Information    _ Complaint
_ Probation Violation Petition    _ Supervised Release Violation Petition    _ Violation Notice    _ Order of Court

This offense is briefly described as follows:

Count 1 – Murder for Hire, 18:1958 and 2
Count 2 – Tampering with a Witness, Victim, or Informant, 18:1512(a)(1)(A) and 2
Count 3 – Obstructing Justice by Retaliating Against a Witness, Victim, or Informant, 18:1513(a)(1)(B) and 2

Date: August 11, 2021

                                                                *Issuing officer's signature*

City and state: Seattle, WA                    *Andy Quach, Deputy Clerk*
                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-11-21       ; and the person was arrested on *(date)* 8-26-21  at
*(city and state)* Tacoma, WA                        .

Date: 8-26-21

                                                                *Arresting officer's signature*
                                                                Erik Kosec  DUSM
                                                                *Printed name and title*  for USAO

AO (Rev. 11/11) Arrest Warrant

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**
*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior address(es) to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: ___

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of Pretrial Services or Probation officer *(if applicable)*: ___

Date of last contact with Pretrial Services or Probation officer *(if applicable)*: ___