The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  CR21-0134RJB |
| Plaintiff, | ) |
| | ) |
| vs. | ) DEFENDANT'S MICHAEL JOHN |
| | ) SCOTT WAIVER OF SPEEDY |
| | ) TRIAL RIGHTS |
| MICHAEL JOHN SCOTT, | ) |
| Defendant. | ) |
| | ) |

I, MICHAEL JOHN SCOTT, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act, do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and consent to the continuation of the date of my trial through May 30, 2023, or such time before that date as the Court shall decide. I also understand that if the court accepts this waiver, the Court will exclude the date of filing pleading until May 30, 2023, calculating the new speedy trail expiration date.

DEFENDANT'S MICHAEL JOHN SCOTT WAIVER OF
SPEEDY TRIAL RIGHTS
Page  1

*Approved via Electronic Message on 12.8.2022*
Michael John Scott
Date:  December 8, 2022

I have read this form and discussed the contents with my client, and he has authorized that I electronically sign on his behalf.

*/s/ Ken Therrien*
Ken Therrien, WSBA # 20291
Attorney for Michael John Scott
Date: December 8, 2022

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on December 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- Kristine Foerster, Assistant United States Attorney
- Max Shiner, Assistant United States Attorney

_s/ Ken Therrien_
KEN THERRIEN, WSBA #20291
Attorney for Michael John Scott
413 North Second Street
Yakima, WA  98901
(509) 457-5991
Fax: (509) 457-6197

DEFENDANT'S MICHAEL JOHN SCOTT WAIVER OF SPEEDY TRIAL RIGHTS
Page  3

**KEN THERRIEN, PLLC**
413 NORTH SECOND STREET
YAKIMA, WA  98901
(509) 457-5991